THE HONORABLE JUDGE REBECCA L. PENNELL

MARKUS W. LOUVIER, #39319
STEPHANIE A. CROCKETT, #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
Tel: (509) 455-5200; fax: (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com

CRAIG C. MARTIN (admitted *pro hac vice*)
AMANDA S. AMERT (admitted *pro hac vice*)
DEBRA BOGO-ERNST (admitted *pro hac vice*)
MELANIE L. LEE (admitted *pro hac vice*)
300 North LaSalle Dr.
Chicago, Illinois 60654
Tel: (312) 728-9000; fax: (312) 728-9199
cmartin@willkie.com
aamert@willkie.com
dernst@willkie.com
mlee@willkie.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SELAY SHAHPUR and LINDSEY SMITH, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ULTA BEAUTY, INC.,<br><br>*Defendant*. | Case No. 2:25-cv-284<br><br>Hon. Rebecca L. Pennell<br><br>**DEFENDANT ULTA BEAUTY, INC.'S NOTICE OF CONSTITUTIONAL QUESTION** |

NOTICE OF CONSTITUTIONAL QUESTION — page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant Ulta Beauty, Inc. states that on October 3, 2025, it filed a Motion to Dismiss Plaintiffs' Complaint asserting, in relevant part, that Washington's Commercial Electronic Mail Act, RCW 19.190, is unconstitutional under the dormant Commerce Clause of the United States Constitution. A true and correct copy of the Motion to Dismiss Plaintiffs' Complaint is attached as Exhibit A to this notice.

DATED this 3rd day of October, 2025.

EVANS, CRAVEN & LACKIE, P.S.

By:     */s/ Stephanie A. Crockett*
MARKUS W. LOUVIER, #39319
STEPHANIE A. CROCKETT, #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
Tel: (509) 455-5200
Fax: (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com

NOTICE OF CONSTITUTIONAL QUESTION — page 2

WILLKIE FARR & GALLAGHER LLP

*/s/ Craig C. Martin*
CRAIG C. MARTIN (admitted *pro hac vice*)
AMANDA S. AMERT (admitted *pro hac vice*)
DEBRA BOGO-ERNST (admitted *pro hac vice*)
MELANIE L. LEE (admitted *pro hac vice*)
300 North LaSalle Dr.
Chicago, Illinois 60654
Tel: (312) 728-9000
Fax: (312) 728-9199
cmartin@willkie.com
aamert@willkie.com
dernst@willkie.com
mlee@willkie.com

*Attorneys for Defendant*

1

### CERTIFICATE OF SERVICE

2

3      I hereby certify that on October 3, 2025, I caused a true and correct copy of the foregoing to be served on the following as indicated below:

4

5    Walter Smith, WSBA #46695              Samuel J. Strauss
6    Smith & Dietrich Law Office, PLLC      Raina V. Borrelli
     1226 State Avenue, NE., Suite 205      STRAUSS BORRELLI, LLP
7    Olympia, WA 98506                      980 N. Michigan Avenue, Suite
8    walter@smithdietrich.com               1610
     *Via ECF*                              Chicago, IL 60611
9                                           sam@straussborrelli.com
10   Lynn A. Toops                          raina@straussborrelli.com
     Natalie A. Lyons                       *Via ECF*
11   Ian R. Bensberg
12   COHENMALAD, LLP                        Office of the Washington State
     One Indiana Square, Suite 1400         Attorney General
13   Indianapolis, IN 46204                 1125 Washington Street SE
14   ltoops@cohenmalad.com                  P.O. Box 40100
     ibensberg@cohenmalad.com               Olympia, WA 98504-0100
15   *Via ECF*                              serviceATG@atg.wa.gov
16                                          *Via Email*
17
18   J. Gerard Stranch, IV                  Solicitor General's Office
     STRANCH, JENNINGS &                    1125 Washington Street SE
19   GARVEY, PLLC                           P.O. Box 40100
20   223 Rosa L. Parks Avenue, Suite 200    Olympia, WA 98504-0100
     Nashville, TN 37203                    Fax: 9-1-360-664-0228
21   gstranch@stranchlaw.com                *Via Facsimile*
22   *Via ECF*
23
24
25                    By: */s/ Stephanie A. Crockett*
26                    STEPHANIE A. CROCKETT, WSBA #62797
                      MARKUS W. LOUVIER, WSBA #39319
27
28
29
30

NOTICE OF CONSTITUTIONAL QUESTION — page 4