FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SELAY SHAHPUR and LINDSEY SMITH, on their own behalf and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>Defendant. | No. 2:25-cv-00284-RLP<br><br>ORDER GRANTING JOINT STIPULATED MOTION EXTENDING RESPONSE DEADLINE AND SETTING DEFENDANT'S MOTION TO DISMISS BRIEFING DEADLINES |

Before the Court is the Parties' Joint Stipulated Motion Extending Response Deadline and Setting Defendant's Motion to Dismiss Briefing Deadlines (ECF No. 34). The Court has reviewed the Parties' Stipulated Motion and, accordingly,

IT IS HEREBY ORDERED:

1. The Joint Stipulated Motion Extending Response Deadline and Setting Defendant's Motion to Dismiss Briefing Deadlines, **ECF No. 34**, is **GRANTED**.

ORDER GRANTING JOINT STIPULATED MOTION ~ 1

2. The following deadlines are extended:

| Case Event | New Deadline |
|---|---|
| Defendant's Response to Plaintiffs' Amended Class Action Complaint (ECF No. 32) | December 5, 2025 |
| Plaintiffs' Response to Defendant's Motion to Dismiss | January 9, 2026 |
| Defendant's Reply in support of Defendant's Motion to Dismiss | January 30, 2026 |

**IT IS SO ORDERED.** The District Court Executive is directed to file this

Order and provide copies to counsel.

DATED October 31, 2025.

_____
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATED MOTION ~ 2